# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

EBER G. RUTH,

      Plaintiff,

    v.

WARDEN, *et al.*,

      Defendants.

Case No. 1:23-cv-00747-ADA-BAM (PC)

ORDER RESETTING DEADLINE FOR PLAINTIFF TO FILE OBJECTIONS TO MAY 23, 2023 FINDINGS AND RECOMMENDATIONS

**TWENTY-ONE (21) DAY DEADLINE**

Plaintiff Eber G. Ruth ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 23, 2023, the Court issued findings and recommendations to deny Plaintiff's motion for leave to proceed *in forma pauperis*, and directed Plaintiff to file any objections within fourteen days. (*Id.*) On June 13, 2023, in lieu of objections, Plaintiff filed a notice of appeal regarding the findings and recommendations. (ECF No. 8.) On June 28, 2023, the Ninth Circuit issued an order dismissing Plaintiff's appeal for lack of jurisdiction, because the May 23, 2023 order and findings and recommendations are not final or appealable. (ECF No. 11.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff's objections to the Court's May 23, 2023 findings and recommendations, (ECF No. 7), are due within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __**June 30, 2023**__          ___/s/ *Barbara A. McAuliffe*___

                                      UNITED STATES MAGISTRATE JUDGE